FILED
2021 AUG 25 AM 9:58
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLARA DIDERICKSEN,<br><br>                Plaintiff,<br><br>v.<br><br>DALLAS EARNSHAW; UTAH STATE HOSPITAL, AND BEAR RIVER MENTAL HEALTH,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:18-cv-00218-JNP-DAO<br><br>Judge Jill N. Parrish |

Magistrate Judge Daphne A. Oberg issued a Report and Recommendation that the court dismiss plaintiff Clara Didericksen's action without prejudice. Judge Oberg notified Didericksen that a failure to file a timely objection to her recommendation could waive any objections to it. No objection was filed within the allotted time.

Because no party objected to the Report and Recommendation, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule and ADOPTS IN FULL the Report and Recommendation.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation, ECF No. 8, is ADOPTED IN FULL.

2. The court DISMISSES this action WITHOUT PREJUDICE.

**DATED** August 25, 2021.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge

2